83,124-03

RECEIVED IN
COURT OF 03/Aug/245s
AUG 06 2015

To Whom it may concern,

    I currently have a Writ of Habeas Corpus pending Clerk in your Court. The Writ number on your card dated 16/July/2015 is WR-83,124-03 and the trial Court number is Tr. Ct. No. CR13-0591-01. My records indicate the trial Court number should be CR13-0291. Would you please be so kind, and check your records again. Thank you in advance for your prompt attention in this matter.


Respectfully Submitted

Jerry Shad Robbins #1898450
Hutchins Unit
1500 E. Langdon Rd.
Dallas, TX 75241